IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL JACOBS and
RUBY HANDLER JACOBS

    Plaintiffs,

    vs.                                        Case. no. 23-cv-01060-KK

BRANDON DEWAYNE CLARK a/k/a BRANDON
P. CLARK; MELLISSA MICHELLE CARROLL
a/k/a MELISSA M. ZAWISTOSKI; RUTH A.
CHIODA a/k/a RUTH HELDRETH; and DOES 1
THROUGH 25; INDIVIDUALLY OR JOINTLY
and SEVERALLY.

    Defendants.
_____

### APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT BRANDON D. CLARK

To the Clerk of the United States District Court for the District of New Mexico:

As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiffs *pro se* Michael Jacobs and Ruby Handler Jacobs ("Plaintiffs" or the "Jacobses"), requests that the Clerk enter the default of the following Defendant for failure to plead or otherwise defend against this action in a timely manner.

    Name of Defendant:  BRANDON D. CLARK

    1.    As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on March 5, 2024.

2. The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on March 26, 2024. The above-named Defendant has failed to plead or otherwise respond to the complaint.

3. This request is based on the Declaration of Plaintiffs filed concurrently herewith.

DATED: April 3, 2024

By: _____
Michael Jacobs
Plaintiff *pro se*

By: _____
Ruby Handler Jacobs
Plaintiff *pro se*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April 2024, the foregoing was electronically filed through the Odyssey File & Serve system and that a copy of the foregoing was served by electronic mail to the following parties:

Brandon D. Clark
4524 S. Calle Amigo
Fort Mohave, AZ. 86426
Clarkbrandon19@gmail.com
(505) 307-9763

Melissa M. Carroll
4524 S. Calle Amigo
Fort Mohave, AZ. 86426
misscrrll@gmail.com
(505) 907-2798

Ruth A. Chioda
428 Sea Spray Dr.
Bullhead City, AZ 86442
achioda@gmail.com
(928) 679-3753 / (928) 615-7174

By:  */s/ Michael Jacobs*
     Michael Jacobs