IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL JACOBS and
RUBY HANDLER JACOBS

    Plaintiffs,

    vs.                                          Case. no. 23-cv-01060-KK

BRANDON DEWAYNE CLARK a/k/a BRANDON
P. CLARK; MELLISSA MICHELLE CARROLL
a/k/a MELISSA M. ZAWISTOSKI; RUTH A.
CHIODA a/k/a RUTH HELDRETH; and DOES 1
THROUGH 25; INDIVIDUALLY OR JOINTLY
and SEVERALLY.

    Defendants.
_____

### DECLARATION OF PLAINTIFFS MICHAEL JACOBS AND RUBY HANDLER JACOBS IN SUPPORT OF APPLICATION FOR DEFAULT AGAINST <u>DEFENDANT BRANDON D. CLARK</u>

We, Michael Jacobs and Ruby Handler Jacobs, hereby declare, and state as follows:

1. That we are Plaintiffs *pro se* in this instant matter. If called as witnesses, we are competent to testify to the following facts as being true and correct and within our personal knowledge.

2. We make this declaration in support of the Application for Entry of Defaults against Defendant Brandon D. Clark.

3. Defendant Brandon D. Clark was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on March 5, 2024.

1

4. Under Rule 12, Defendant Brandon D. Clark was required to plead or otherwise respond to the complaint by March 26, 2024. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

5. Defendant Brandon D. Clark has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

6. Defendant Brandon D. Clark is not a minor or an incompetent person.

7. Defendant Brandon D. Clark is not currently in the military service, and therefore the Service Members Civil Relief Act does not apply.

8. We have attached to this declaration true and correct copies of the proof of service on file with this Court for the above-named Defendant.

We declare under penalty of perjury under the laws of the State of New Mexico that the foregoing is true and correct.

Executed this 3rd day of April, at Albuquerque, New Mexico.

By: _____
Michael Jacobs
Declarant

By: _____
Ruby Handler Jacobs
Declarant

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of April 2024, the foregoing was electronically filed through the Odyssey File & Serve system and that a copy of the foregoing was served by electronic mail to the following parties:

Brandon D. Clark
4524 S. Calle Amigo
Fort Mohave, AZ. 86426
Clarkbrandon19@gmail.com
(505) 307-9763

Melissa M. Carroll
4524 S. Calle Amigo
Fort Mohave, AZ. 86426
misscrrll@gmail.com
(505) 907-2798

Ruth A. Chioda
428 Sea Spray Dr.
Bullhead City, AZ 86442
achioda@gmail.com
(928) 679-3753 / (928) 615-7174

By: */s/ Michael Jacobs*
    Michael Jacobs

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-01060-KK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Branden Clark
was received by me on *(date)* 3/1/24.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Melissa Carroll
4524 S. Calle Amigo, FM, AZ, a person of suitable age and discretion who resides there,
on *(date)* 3/5/24 1:02, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3/28/24

Server's signature

Tylor Gable / Process Server
Printed name and title

Crews Process Serving
2513 Rainbow Ave. N
Lake Havasu City, AZ 86403
Server's address

Additional information regarding attempted service, etc: