IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL JACOBS and
RUBY HANDLER JACOBS

    Plaintiffs,

vs.                                                Case. no. 23-cv-01060-KK

BRANDON DEWAYNE CLARK a/k/a BRANDON
P. CLARK; MELLISSA MICHELLE CARROLL
a/k/a MELISSA M. ZAWISTOSKI; RUTH A.
CHIODA a/k/a RUTH HELDRETH; and DOES 1
THROUGH 25; INDIVIDUALLY OR JOINTLY
and SEVERALLY.

    Defendants.

## MOTION FOR DEFAULT JUDGMENT

**COMES NOW**, *pro se*[1] Plaintiffs Michael Jacobs and Ruby Handler Jacobs ("Plaintiffs"), requesting of this honorable Court to enter a default judgment against Brandon Dewayne Clark and Melissa Michelle Carroll ("Defendants") and in support of this request, and per Rule 55(b), Plaintiffs state as follows:

    1.    The original Complaint in the above described case was filed on the 28th day of November 2023 (Doc. 1).

    2.    The Amended Complaint in the above described case was filed on the 29th day of December 2023 (Doc. 12).

---

[1] The Supreme Court found that *pro se* pleadings should be held to "less stringent standards" than those drafted by attorneys. <u>Haines v. Kerner</u>, 404 U.S. 520 (1971), <u>Puckett v. Cox</u>, 456 F. 2d 233 (1972) (6th Cir. USCA).

1

3. As a result of an Order to Show Cause (Doc. 31) the Second Amended Complaint in the above described case was filed on the 2nd day of May 2024 (Doc. 33).

4. Service of a copy of the Summons, Complaint, and Answer form in this case were made on defendants on the 5th day of March 2024 (Docs 21 and 22).

5. The Defendants Clark and Carroll individually or jointly have failed to appear or to file an Answer or other responsive pleading to the Complaint.

6. The return of service was filed with this court on the 3rd day of April 2024 (See ¶ 4 above).

7. Plaintiffs previously had filed or has attached to this motion declarations regarding the Defendants' military status (Doc. 25, ¶ 7 and Doc. 29, ¶ 7).

8. The Plaintiffs request the Court to enter judgment for the following damages, costs, and fees (Please see attached Affidavit of Sum Certain):

```
Damages ...............................................................$2,571,692.00
Attorneys' fees (if allowable) …..........................................$0.00
Interest (if allowable) ..........................................................$0.00
Filing fee (Doc. 3) ............................................................$402.00
Service fee ......................................................................$220.00
Witness fees .......................................................................$0.00
Total Judgment .......................................................$2,572,314.00
```

Respectfully submitted this 22nd day of May 2024.

By: /s/ *Michael Jacobs*
Michael Jacobs
*Pro Se Plaintiff*
800 Calle Divina NE
Albuquerque, NM 87113
Tel: (505) 321-3044
michael.mjphoto@gmail.com

By: */s/ Ruby Handler Jacobs*
Ruby Handler Jacobs
*Pro Se Plaintiff*
800 Calle Divina NE
Albuquerque, NM 87113
Tel: (505) 321-3055
rubyhandler@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 22nd day of May 2024, the foregoing was electronically filed through the Odyssey File & Serve system and that a copy of the foregoing was served by electronic mail to the following parties:

Brandon D. Clark
4524 S. Calle Amigo
Fort Mohave, AZ 86426
Tel: (505) 307-9763
Clarkbrandon19@gmail.com

Melissa M. Carroll
4524 S. Calle Amigo
Fort Mohave, AZ 86426
Tel: (505) 907-2798
misscrrll@gmail.com

Ruth A. Chioda
428 Sea Spray Dr.
Bullhead City, AZ 86442
Tel: (928) 679-3753 / (928) 615-7174
achioda@gmail.com

                                                                                             By:  */s/ Michael Jacobs*
                                                                                                        Michael Jacobs